01

02

03

04

05

06

07                                UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
08                                        AT SEATTLE

09   UNITED STATES OF AMERICA,              )
                                            )
10            Plaintiff,                     )
                                            )   Case No. CR08-88-JLR
11            v.                             )
                                            )
12   CHARLES LAI,                           )   DETENTION ORDER
                                            )
13            Defendant.                     )
     _____ )

14   Offenses charged:

15
         Count 1:     Conspiracy to Export Cocaine, in violation of Title 21 U.S.C. §§ 953(a),
16                    960(a)(1), 960(b)(1)(B)(ii), and 963.

17       Count 2:     Conspiracy to Import Marijuana, in violation of 21 U.S.C. §§ 952(a),
                      960(a)(1), 960(b)(2)(G), and 963.
18
         Count 3:     Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in
19                    violation of 18 U.S.C. §§ 924(c)(1) and 2.

20   Date of Detention Hearing:    April 15, 2008

21           The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

23   the following:

24           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25           (1)      Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

26   is a flight risk and a danger to the community based on the nature of the pending charges.

01 | Application of the presumption is appropriate in this case.

02 |      (2)    Defendant has no ties in the Western District of Washington or to this community.

03 |      (3)    Defendant is a citizen of Canada.

04 |      (4)    Defendant appears to have substantial assets available to him.

05 |      (5)    Defendant has been previously charged with use of firearms in Canada, and the

06 | current charge involves firearms.

07 |      (6)    There are no conditions or combination of conditions other than detention that will

08 | reasonably assure the appearance of defendant as required or ensure the safety of the community.

09 | IT IS THEREFORE ORDERED:

10 |      (1)    Defendant shall be detained pending trial and committed to the custody of the

11 |           Attorney General for confinement in a correctional facility separate, to the extent

12 |           practicable, from persons awaiting or serving sentences or being held in custody

13 |           pending appeal;

14 |      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

15 |           counsel;

16 |      (3)    On order of a court of the United States or on request of an attorney for the

17 |           government, the person in charge of the corrections facility in which defendant is

18 |           confined shall deliver the defendant to a United States Marshal for the purpose of

19 |           an appearance in connection with a court proceeding; and

20 |      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

21 |           counsel for the defendant, to the United States Marshal, and to the United States

22 |           Pretrial Services Officer.

23 |      DATED this 15th day of April, 2008.

24 |

25 | JAMES P. DONOHUE

26 | United States Magistrate Judge

DETENTION ORDER                                         15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 2